# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:25-MJ-429 |
| DANIEL JOHN BLANEY | ) | **UNDER SEAL** |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2023 through June 2025__ in the city/county of __Prince William__ in the __Eastern__ District of __Virginia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846 | Conspiracy to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
    Reviewed by AUSA/SAUSA

_____
AUSA Heather D. Call
*Printed name and title*

*Erik Potrafka*
*Complainant's signature*

_____
FBI Special Agent Erik Potrafka
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

__telephone_____ *(specify reliable electronic means)*.

Date: __07/18/2025__

Digitally signed by Ivan Davis
Date: 2025.07.18 15:25:45 -04'00'
_____
*Judge's signature*

City and state: __Alexandria, Virginia__

The Honorable Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*