IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL JOHN BLANEY<br><br>*Defendant.* | Case No. 1:25-CR-221 (AJT)<br><br><u>Count 1</u>: 21 U.S.C. §§ 841(a)(1) and 846<br>Conspiracy to Distribute 500 Grams or<br>More of Methamphetamine, Fentanyl,<br>and N-Pyrrolidino Etonitazene<br><br><u>Forfeiture Notice</u><br><br>**<u>UNDER SEAL</u>** |

**<u>INDICTMENT</u>**

July 2025 Term — Alexandria, Virginia

**COUNT ONE**

*(Conspiracy to Distribute Controlled Substances, Including 500 Grams or More of
Methamphetamine, Fentanyl, and N-Pyrrolidino Etonitazene)*

THE GRAND JURY CHARGES THAT:

Beginning at least as early as May of 2022, and continuing thereafter up to and including

June 6, 2025, the exact dates being unknown, in Arlington, Virginia, within the Eastern District of

Virginia, and elsewhere, the defendant DANIEL JOHN BLANEY, did knowingly and

intentionally conspire with other persons known and unknown to the Grand Jury, to knowingly

and intentionally distribute controlled substances, to wit:

1. 500 grams or more of a mixture and substance containing a detectable amount of

   methamphetamine, a Schedule II controlled substance;

2. a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance; and

3. a mixture and substance containing a detectable amount of 2-(4-Ethoxybenzyl)-5-nitro-1-(2-(pyrrolidin-1-yl)ethyl)-1H-benzimidazole, commonly referred to as N-Pyrrolidino Etonitazene, a Schedule I controlled substance,

in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

(All in violation of Title 21, United States Code, Section and 846)

2

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE FOR FORFEITURE, AS DESCRIBED BELOW:

The GRAND JURY HEREBY FINDS probable cause that the property described in this NOTICE OF FORFEITURE is subject to forfeiture pursuant to the statutes described:

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant is hereby notified that if convicted of the violation set forth in this Indictment, the defendant, DANIEL JOHN BLANEY, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the following: (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation; and (3) all firearms and ammunition involved in or used in the commission of the offense.

Pursuant to 21 U.S.C. 853(p), the defendant shall forfeit substitute property, if, by any act or omission of the defendants, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

3

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code 924(d)(1); Title 28, United States Code 2461(c); and Federal Rule of Criminal Procedure 32.2(a))

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

Foreperson

Erik S. Siebert
United States Attorney

By: _____
Heather D. Call
Assistant United States Attorney